```
<!DOCTYPE html>
<!-- Camera is a Pixedelic free jQuery slideshow | Manuel Masia (designer and developer) --
>
<html>
<head>

<script type="text/javascript" src="/static/js/analytics.js"></script>
<script type="text/javascript">archive_analytics.values.server_name="wwwb-
app13.us.archive.org";archive_analytics.values.server_ms=358;</script>
<link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>

    <meta http-equiv="Content-Type" content="text/html; charset=UTF-8" >
    <title>Absonutrix - Absolutely Nutritious</title>
    <meta  name="description" content="">
<meta  name="keywords" content="Absonutrix,African Mango,Nitric Oxide,Testosterone,Parasite
Detox,Thermogenic,Modifilan,Fucoidan,Fucoidan Pure,Suppress Xtreme,Krill Oil,Hoodia Pure">
    <meta name="viewport" content="width=device-width, initial-scale=1.0, maximum-
scale=1.0, minimum-scale=1.0, user-scalable=yes">

<link href='/web/20140517005334cs_/http://fonts.googleapis.com/css?
family=Pathway+Gothic+One' rel='stylesheet' type='text/css'>

<link rel="shortcut icon" type="image/png" href="favicon.png"/>
    <!--
///////////////////////////////////////////////////////////////////////////////////////////
////////
    //
    //          Styles
    //

///////////////////////////////////////////////////////////////////////////////////////////
////////-->
    <link rel='stylesheet' id='camera-css'  href='css/camera.css' type='text/css'
media='all'>
    <style>
                html,body {
                        height: 100%;
                        margin: 0;
                        padding: 0;
                }
                a {
                        color: #09f;
                }
                a:hover {
                        text-decoration: none;
                }
                #back_to_camera {
                        background: rgba(255,255,255,.9);
                        clear: both;
                        display: block;
                        height: 40px;
                        line-height: 40px;
                        padding: 20px;
                        position: relative;
                        z-index: 1;
                }
                .fluid_container {
                        bottom: 0;
                        height: 100%;
```

**EXHIBIT "B"**

```
                        left: 0;
                        position: fixed;
                        right: 0;
                        top: 0;
                        z-index: 0;
                }
                #camera_wrap_4 {
                        bottom: 0;
                        height: 100%;
                        left: 0;
                        margin-bottom: 0!important;
                        position: fixed;
                        right: 0;
                        top: 0;
                }
                .camera_bar {
                        z-index: 2;
                }
                .camera_thumbs {
                        margin-top: -100px;
                        position: relative;
                        z-index: 1;
                }
                .camera_thumbs_cont {
                        border-radius: 0;
                        -moz-border-radius: 0;
                        -webkit-border-radius: 0;
                }
                .camera_overlayer {
                        opacity: .1;
                }

                .download{
                        display:block;
                        width:200px;
                        background-color:#9C0;
                        z-index:9999;
                        position:absolute;
                        bottom:7px;
                        right:201px;
                        text-align:center;
                        padding:20px 0;
                        font-family: 'Pathway Gothic One', sans-serif;
                        font-weight:400;
                        font-size:18px;
                        color:#000;
                        text-decoration:none;
                }
                .download:hover{
                        background-color:#666;
                        color: #FFF;
                }
                .partn{
                        display:block;
                        width:200px;
                        background-color:#9C0;
                        z-index:9999;
                        position:absolute;
                        bottom:7px;
                        right:0px;
```

```
                        text-align:center;
                        padding:20px 0;
                        font-family: 'Pathway Gothic One', sans-serif;
                        font-weight:400;
                        font-size:18px;
                        color:#000;
                        text-decoration:none;
                }
                .partn:hover{
                        background-color:#666;
                        color: #FFF;
                }
        </style>

    <!--
////////////////////////////////////////////////////////////////////////////////////////////
////////
    //
    //          Scripts
    //

////////////////////////////////////////////////////////////////////////////////////////////
////////-->

    <script type='text/javascript' src='scripts/jquery.min.js'></script>
    <script type='text/javascript' src='scripts/jquery.mobile.customized.min.js'></script>
    <script type='text/javascript' src='scripts/jquery.easing.1.3.js'></script>
    <script type='text/javascript' src='scripts/camera.min.js'></script>

    <script>
                jQuery(function(){

                        jQuery('#camera_wrap_4').camera({
                                height: 'auto',
                                loader: 'bar',
                                pagination: false,
                                thumbnails: false,
                                hover: false,
                                opacityOnGrid: false,
                                imagePath: 'images/',
                                fx: 'scrollLeft'
                        });

                });
        </script>

</head>
<body>

<!-- BEGIN WAYBACK TOOLBAR INSERT -->
<script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
<script type="text/javascript" src="/static/js/graph-calc.js" ></script>
<script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
<script type="text/javascript">//<![CDATA[
var __wm = (function(){
var wbPrefix = "/web/";
var wbCurrentUrl = "http://absonutrix.com/";

var firstYear = 1996;
```

```
var imgWidth = 500,imgHeight = 27;
var yearImgWidth = 25,monthImgWidth = 2;
var displayDay = "17";
var displayMonth = "May";
var displayYear = "2014";
var prettyMonths =
["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
var $D=document,$=function(n){return document.getElementById(n)};
var trackerVal,curYear = -1,curMonth = -1;
var yearTracker,monthTracker;
function showTrackers(val) {
  if (val===trackerVal) return;
  var $ipp=$("wm-ipp");
  var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
  if (val) {
    $ipp.className="hi";
  } else {
    $ipp.className="";
    $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
  }
  yearTracker.style.display=val?"inline":"none";
  monthTracker.style.display=val?"inline":"none";
  trackerVal = val;
}
function getElementX2(obj) {
  var $e=jQuery(obj);
  return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
    getElementX(obj):Math.round($e.offset().left);
}
function trackMouseMove(event,element) {
  var eventX = getEventX(event);
  var elementX = getElementX2(element);
  var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
  var monthOff = xOff % yearImgWidth;

  var year = Math.floor(xOff / yearImgWidth);
  var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
  // 1 extra border pixel at the left edge of the year:
  var month = (year * 12) + monthOfYear;
  var day = monthOff % 2==1?15:1;
  var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
    zeroPad(day,2) + "000000";

  $("displayYearEl").innerHTML=year+firstYear;
  $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
  // looks too jarring when it changes..
  //$("displayDayEl").innerHTML=zeroPad(day,2);
  var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
  $("wm-graph-anchor").href=url;

  if(curYear != year) {
    var yrOff = year * yearImgWidth;
    yearTracker.style.left = yrOff + "px";
    curYear = year;
  }
  if(curMonth != month) {
    var mtOff = year + (month * monthImgWidth) + 1;
    monthTracker.style.left = mtOff + "px";
    curMonth = month;
  }
```

```
}
function hideToolbar() {
  $("wm-ipp").style.display="none";
}
function bootstrap() {
  var $spk=$("wm-ipp-sparkline");
  yearTracker=$D.createElement('div');
  yearTracker.className='yt';
  with(yearTracker.style){
    display='none';width=yearImgWidth+"px";height=imgHeight+"px";
  }
  monthTracker=$D.createElement('div');
  monthTracker.className='mt';
  with(monthTracker.style){
    display='none';width=monthImgWidth+"px";height=imgHeight+"px";
  }
  $spk.appendChild(yearTracker);
  $spk.appendChild(monthTracker);

  var $ipp=$("wm-ipp");
  $ipp&&disclaimElement($ipp);
}
return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
})();//]]>
</script>
<style type="text/css">
body {
  margin-top:0 !important;
  padding-top:0 !important;
  min-width:800px !important;
}
</style>
<div id="wm-ipp" lang="en" style="display:none;">

<div style="position:fixed;left:0;top:0;width:100%!important">
<div id="wm-ipp-inside">
   <table style="width:100%;"><tbody><tr>
   <td id="wm-logo">
       <a href="/web/" title="Wayback Machine home page"><img src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110" height="39" border="0" /></a>
   </td>
   <td class="c">

       <table style="margin:0 auto;"><tbody><tr>
       <td class="u" colspan="2">
       <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb" id="wmtb"><input type="text" name="url" id="wmtbURL" value="http://absonutrix.com/" style="width:400px;" onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" /><input type="hidden" name="date" value="20140517005334" /><input type="submit" value="Go" /><span id="wm_tb_options" style="display:block;"></span></form>
       </td>
       <td class="n" rowspan="2">
           <table><tbody>
           <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
           <tr class="m">
                <td class="b" nowrap="nowrap">

                    <a href="/web/20131024004829/http://www.absonutrix.com/" title="24 Oct 2013">OCT</a>
```

```
                </td>
                <td class="c" id="displayMonthEl" title="You are here: 0:53:34 May 17, 2014">MAY</td>
                <td class="f" nowrap="nowrap">

                    <a href="/web/20141216190510/http://absonutrix.com/" title="16 Dec 2014"><strong>DEC</strong></a>

                </td>
            </tr>
           <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
           <tr class="d">
               <td class="b" nowrap="nowrap">

                   <a href="/web/20131024004829/http://www.absonutrix.com/" title="0:48:29 Oct 24, 2013"><img src="/static/images/toolbar/wm_tb_prv_on.png" alt="Previous capture" width="14" height="16" border="0" /></a>

               </td>
               <td class="c" id="displayDayEl" style="width:34px;font-size:24px;" title="You are here: 0:53:34 May 17, 2014">17</td>
               <td class="f" nowrap="nowrap">

                   <a href="/web/20141216190510/http://absonutrix.com/" title="19:05:10 Dec 16, 2014"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next capture" width="14" height="16" border="0" /></a>

               </td>
           </tr>
           <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
           <tr class="y">
               <td class="b" nowrap="nowrap">

                   <a href="/web/20120925140906/http://www.absonutrix.com/" title="25 Sep 2012"><strong>2012</strong></a>

               </td>
               <td class="c" id="displayYearEl" title="You are here: 0:53:34 May 17, 2014">2014</td>
               <td class="f" nowrap="nowrap">

                   2015

               </td>
           </tr>
           </tbody></table>
       </td>
       </tr>
       <tr>
       <td class="s">
           <a class="t" href="/web/20140517005334*/http://absonutrix.com/" title="See a list of every capture for this URL">19 captures</a>
           <div class="r" title="Timespan for captures of this URL">16 Dec 10 - 16 Dec 14</div>
       </td>
       <td class="k">
       <a href="" id="wm-graph-anchor">
       <div id="wm-ipp-sparkline" title="Explore captures for this URL">
         <img id="sparklineImgId" alt="sparklines"
```

```
                 onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
                 onmousemove="__wm.mv(event,this)"
                 width="500"
                 height="27"
                 border="0"
                 src="/web/jsp/graph.jsp?graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:000000000000_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008:-1:000000000000_2009:-1:000000000000_2010:-1:000000000001_2011:-1:000000010111_2012:-1:001101012000_2013:-1:000020111100_2014:4:000010000001_2015:-1:000000000000" />
       </div>
       </a>
       </td>
       </tr></tbody></table>
   </td>
   <td class="r">
       <a href="#close" onclick="__wm.h();return false;" style="background-image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the toolbar">Close</a>
       <a href="http://faq.web.archive.org/" style="background-image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using the Wayback Machine">Help</a>
   </td>
   </tr></tbody></table>
</div>
</div>
</div>
<script type="text/javascript">__wm.bt();</script>
<!-- END WAYBACK TOOLBAR INSERT -->

        <div class="fluid_container">

    <nav id="topbar">
        <a href="index.php">Home</a>
        <a href="about.php">About</a>
        <a href="products.php">Products</a>
        <a href="policies.php">Policies</a>
        <a href="wholesale.php">Wholesale</a>
        <a href="manufacturing.php">Manufacturing</a>
        <a href="contact.php">Contact Us</a>
    </nav>

     <a href="download.php" class="download">Download Our Catalogue</a>
     <a href="partners.php" class="partn">Our Partners</a>

        <div class="camera_wrap camera_emboss pattern_1" id="camera_wrap_4">

            <div data-link="products.php?id=25" data-src="images/slides/raspberry.jpg" >
            </div>

            <div data-src="images/slides/Parasite-Detox.jpg" data-link="products.php?id=24">
            </div>
```

```
            <div data-src="images/slides/Fucoidan.jpg" data-link="products.php?id=14">
</div>

            <div data-src="images/slides/Fucoxanthin-Patch.jpg" data-link="products.php?
id=15"></div>

            <div data-src="images/slides/Hoodia.jpg" data-link="products.php?id=17"></div>

            <div data-src="images/slides/7days.jpg" data-link="products.php?id=5"></div>

            <div data-src="images/slides/Garcinia-Cambogia.jpg" data-link="products.php?
id=16"></div>

        </div><!-- #camera_wrap_3 -->

    </div><!-- .fluid_container -->
    <script id='my_vsp' src='/web/20140517005334js_/http://tweople.com/client/ip_player.js?
swf=http://tweople.com/client/new_main.swf&amp;flv=http://flash.yourvideopartner.com/comple
te/1176a.flv&amp;start=normal&amp;close=shrink&amp;play_when=1&amp;align_right=false&amp;sh
ow_loading=yes&amp;width=480&amp;height=360&amp;vlm=99&amp;x_off=166'></script>

</body>
</html>

<!--
     FILE ARCHIVED ON 0:53:34 May 17, 2014 AND RETRIEVED FROM THE
     INTERNET ARCHIVE ON 22:54:17 Feb 6, 2015.
     JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

     ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
     SECTION 108(a)(3)).
-->
```