```
/*
    FILE ARCHIVED ON 10:25:45 Oct 24, 2013 AND RETRIEVED FROM THE
    INTERNET ARCHIVE ON 22:48:10 Feb 6, 2015.
    JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

    ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
    SECTION 108(a)(3)).
*/
function parseGetVars(url) {
        var map = {};
        var parts = url.replace(/[?&]+([^=&]+)=([^&]*)/gi, function(m,key,value) {
        map[key] = value;
        });
        return map;
}
var getVars = parseGetVars(document.getElementById('my_vsp').src);

var my_swf = getVars['swf'];
var vsp_flv = getVars['flv'];
var vsp_flv2 = getVars['flv2'];

var x_off = getVars['x_off'];


        var ma_a = getVars['width'] / 480;
        var ma_b = 200 * ma_a;
        var w = Math.round(ma_b);

        var ma_c = w / 200;
        var ma_d = 150 * ma_c;
        var h = Math.round(ma_d);
//var w = 200;
//var h = 150;

/* Playback Parameters */
if(getVars['start'] == 'mini')
{
        var shrink_on_start = 'yes';
}
else
{
        var shrink_on_start = 'no';
}

if(getVars['close'] == 'shrink')
{
        var shrink_on_end = 'yes';
        var shrink_on_stop = 'yes';
        var close_on_end = 'no';
        var close_on_stop = 'no';
}
else
{
        var shrink_on_end = 'no';
        var shrink_on_stop = 'no';
```

**EXHIBIT "C"**

```
            var close_on_end = 'yes';
            var close_on_stop = 'yes';
    }

    if(getVars['show_loading'] == '')
    {
            var show_loading = 'yes';
    }
    else
    {
            var show_loading = getVars['show_loading'];
    }


    if(getVars['vlm'] == '')
    {
            var vlm = 80;
    }
    else
    {
            var vlm = getVars['vlm'];
    }

    var vlm = getVars['vlm'];


    var ip_mv4 = vsp_flv.replace('.flv','.m4v');

    //alert(ip_mv4);

    if (navigator.userAgent.match(/like Mac OS X/i)) {
            if(getVars['align_right'] == 'true'){
            document.write('<div id="iosbox" style="width:480px; height:400px; position:fixed;
    background:url(/web/20131024102545/https://tweople.com/graphics/ios_box_right.png); right:0;
    bottom:0;"></div><div id="iosvideo" style="width:380px; height:380px; overflow:hidden;
    position:fixed; right:0; bottom:9px;" align="center"><video id="html5" class="html5"
    src="'+ip_mv4+'" height="360" width="390" controls></video></div><a href=\'javascript:
    document.getElementById("iosbox").style.display = "none";
    document.getElementById("iosarrow").style.display = "none";
    document.getElementById("iosvideo").style.display = "none";
    document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
    style="width:60px; height:60px; position:fixed; z-index:99999; right:400px; bottom:170px;">
    <img src="/web/20131024102545/https://tweople.com/images/closetab_right.png"></div></a>');
            }
            else{
            document.write('<div id="iosbox" style="width:480px; height:400px; position:fixed;
    background:url(/web/20131024102545/https://tweople.com/ios_box.png); left:0; bottom:0;"></div>
    <div id="iosvideo" style="width:380px; height:380px; overflow:hidden; position:fixed; left:0;
    bottom:9px;" align="center"><video id="html5" class="html5" src="'+ip_mv4+'" height="360"
    width="390" controls></video></div><a href=\'javascript:
    document.getElementById("iosbox").style.display = "none";
    document.getElementById("iosarrow").style.display = "none";
    document.getElementById("iosvideo").style.display = "none";
    document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
    style="width:60px; height:60px; position:fixed; z-index:99999; left:400px; bottom:170px;"><img
    src="/web/20131024102545/https://tweople.com/images/closetab.png"></div></a>');
            }

    } else {
```

```
/*
        Switch Mode:
        1: Sequential
        2: Random
*/
var switchMode = 2;

/* Date Range:
        If set to false, the optional date range parameter is ignored
        If set to true .. the swf is only displayed if it falls on that reange.
*/
var useDateRange = false;

/*
        Properties are specified as follows:
        'url,width,height,lf_Position, lf_Position_Dynamic, lf_OffSet_Top_Position,
lf_OffSet_Left_Position,right_align,play_when,start_date,end_date,small_width, small_height'
        play_when: 1=any, 2=first visit only, 3=subsequent visits
        date format: {m/d/y H:M} e.g. {9/1/09 13:15} or just the time {9:30}. if blank, just
use {}
*/
var arr_GLOBAL_SOURCE = new Array
(
        my_swf+','+getVars['width']+','+getVars['height']+',3,3,0,0,'+getVars['align_right']+'
,'+getVars['play_when']+',{},{},'+w+','+h

);
/* End Properties */




/*
YHeads-Player playerbase .JS file.
Version 1.5.0.0
Last Modified: 11/29/2009
*/


/* BEGIN --- cookie functions */

var firstVisit = true;

function getCookie(c_name) {
        if (document.cookie.length>0) {
                c_start=document.cookie.indexOf(c_name + "=");
                if (c_start!=-1) {
                        firstVisit = false;
                        c_start=c_start + c_name.length+1;
                        c_end=document.cookie.indexOf(";",c_start);
                        if (c_end==-1)
                                c_end=document.cookie.length;
                        return unescape(document.cookie.substring(c_start,c_end));
                }
        }
        return "";
}

function setCookie(c_name,value,expiredays) {
```

```
            var exdate=new Date();
            exdate.setDate(exdate.getDate()+expiredays);
            document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" :
";expires="+exdate.toGMTString());
    }

    var cookieName = "swfID";
    var cookieVal = getCookie(cookieName);
    var swfIndex = 0;

    /* END --- cookie functions */


    /* START --- Date Check functions */
    function validRange(s, e) {
            if ( !s && !e ) {
                    return false;
            }
            var v = false;
            if ( s ) {
                    v = validDate(s,true)
            }
            if ( e ) {
                    var v_e = validDate(e,false)
                    if ( v ) {
                            v = v_e;
                    }
            }
            return v;
    }

    function validDate(dt,s) { //yy,mm,dd,hh,mm,ss

            if (!dt)
                    return false;

            var today = new Date();

            dt = dt.replace('{', '');
            dt = dt.replace('}', '');
            var y = 0;
            var m = 0;
            var d = 0;
            var hh = 0;
            var mm = 0;

            var arr_dt = dt.split(' ');
            if ( arr_dt[0].split('/')[2]) {
                    y = arr_dt[0].split('/')[2];
                    m = arr_dt[0].split('/')[0] - 1;
                    d = arr_dt[0].split('/')[1];
                    if (arr_dt[1]) {
                            hh = arr_dt[1].split(':')[0];
                            mm = arr_dt[1].split(':')[1];
                    }
                    var v_dt = new Date(y, m, d, hh, mm ,0);
            }
            else if (arr_dt[0].split(':')[1]) { // only time is specified
                    y = today.getFullYear();
                    m = today.getMonth();
                    d = today.getDate();
```

```
                hh = arr_dt[0].split(':')[0];
                mm = arr_dt[0].split(':')[1];
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }

        var days = 0;
        var difference = 0;

        var v_dt = new Date(y, m, d, hh, mm ,0);
        //alert(v_dt.toString());
        difference = v_dt - today;

        days = Math.round(difference/(1000*60*60*24));

        //alert(dt + ' - ' + difference);
        //y + ', ' + m + ', ' + d + ', ' + hh + ', ' + mm + ', 0');
        //alert(v_dt + ' - ' + today + ' - ' + dt + ' - ' + days);

        if (difference < 0 && s) {
                return true;
        }
        else if(difference > 0 && !s) {
                return true;

        }
        return false;
}

/* END ------ Date Check functions */

var arr_GLOBAL = new Array();

if (useDateRange) {
        for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                if ( validRange(arr_prop[9], arr_prop[10]) ) {
                                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                }
        }

        // if no dates are valid... just pick up the swfs with no date
        if (arr_GLOBAL.length == 0) {
                for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                        if ( !arr_prop[9] && !arr_prop[10] ) {
                                        arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                        }
                }
        }
}

// at this point, arr_GLOBAL should have valid swfs by date
// narrow down the source to just the filtered videos
if (arr_GLOBAL.length > 0) {
        arr_GLOBAL_SOURCE = arr_GLOBAL;
        arr_GLOBAL = new Array();
}

// now filter by visit
for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
```

```
            var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
            if ( firstVisit && (arr_prop[8] == 1 || arr_prop[8] == 2) ) {
                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
            }
            else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
            }
    }

    // if no movies quality, then ignore previous filter
    /*
    if (arr_GLOBAL.length > 0) {
            arr_GLOBAL = arr_GLOBAL_SOURCE;
    }
    */

    if ( cookieVal.length > 0 ) {

            if (switchMode == 1) {
                    swfIndex = Math.round(cookieVal) + 1;
                    if (swfIndex >= arr_GLOBAL.length) {
                            swfIndex = 0;
                    }
            }
            else {
                    swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
            }
    }

    //alert('cookieVal: ' + cookieVal + '\nswitchMode: ' + switchMode + '\narr_GLOBAL: ' +
    arr_GLOBAL + '\nswfIndex: ' + swfIndex);

    setCookie(cookieName, swfIndex, 1);

    if(cookieVal.length > 0 && getVars['play_when'] == 2) { }
    else {
            var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');

            var lf_URL = arr_SwfInfo[0];
            var GLOBAL_WIDTH = arr_SwfInfo[1];
            var GLOBAL_HEIGHT = arr_SwfInfo[2];
            var lf_Position = arr_SwfInfo[3];
            var lf_Position_Dynamic = arr_SwfInfo[4];
            var lf_OffSet_Top_Position = arr_SwfInfo[5];
            var lf_OffSet_Left_Position = arr_SwfInfo[6];
            var rt_Align = arr_SwfInfo[7];
            var sm_GLOBAL_WIDTH = arr_SwfInfo[11];
            var sm_GLOBAL_HEIGHT = arr_SwfInfo[12];
            var lf_ID = '01010';
            var lfVersion = -1;
            var arrNavInfo = [];
            var lfString;
            var viewState = 1;



    if ( shrink_on_start == undefined ) {
            shrink_on_start = "yes";
    }
    if ( shrink_on_stop == undefined ) {
            shrink_on_stop = "yes";
```

```
    }
    if ( close_on_stop == undefined ) {
         close_on_stop = "no";
    }
    if ( shrink_on_end == undefined ) {
         shrink_on_end = "yes";
    }
    if ( close_on_end == undefined ) {
         close_on_end = "no";
    }
    if ( show_loading == undefined ) {
         show_loading = "yes";
    }

    var divID = 'div' + lf_ID;

    arrNavInfo.navprop = navigator.userAgent.toLowerCase();

    if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
    navigator.accentColorName ) && !navigator.taintEnabled )) {
        arrNavInfo[0] = 'kde';
        arrNavInfo[1] = 'Safari';
    } else if (window.opera && document.childNodes) {
        arrNavInfo[0] = 'opr';
        arrNavInfo[1] = 'Opera';
    } else if (navigator.appName.indexOf('WebTV') + 1) {
        arrNavInfo[0] = 'wtv';
        arrNavInfo[1] = 'WebTV';
    } else if (navigator.product == 'Gecko') {
        arrNavInfo[0] = 'gek';
        arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
    } else if (document.getElementById) {
        arrNavInfo[0] = 'ie';
        arrNavInfo[1] = 'Internet Explorer 5+';
    } else {
        arrNavInfo[0] = 'na';
        arrNavInfo[1] = 'an unknown browser';
    }
    if (navigator.plugins != null && navigator.plugins.length > 0)
    {
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave Flash']) {
            var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
            var lfDescription = navigator.plugins['Shockwave Flash' + swVer2].description;
            var descArray = [];
            var tempArrayMajor = [];
            var versionMajor = [];
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
```

```
    {
        try {
            var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
            if (objFlash) {
                lfVersion = i;
            }
        } catch(e) {}
    }
}

function initVideo() {
      showLFOW_Video();
}

    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            if (window.addEventListener) window.addEventListener('load', initVideo, false);
            else if (window.attachEvent) window.attachEvent('onload', initVideo);
        } catch(e) {
            showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }

function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            var lfDiv = document.createElement('div');
            if (lfDiv === undefined) {
                lf_Position = 'err';
            } else if (lfDiv == null) {
                lf_Position = 'err';
            } else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat") { //this line added by corey 02/23/2010
                                lfDiv.id = divID;
                lfDiv.style.position = 'absolute';
                lfDiv.style.zIndex = 9999;
                lfDiv.style.left = 0;
                lfDiv.style.top = 0;
                lfDiv.style.height = GLOBAL_HEIGHT;
                lfDiv.style.width = GLOBAL_WIDTH;
                lfDiv.style.visibility = 'visible';
                                lfDiv.style.overflow = 'hidden';
                //lfDiv.style.overflow = 'hidden';
                                }/////////This area added by corey 02/23/2010
                                else { ///////////////////////////////
                                lfDiv.id = divID; ///////////////////
                                lfDiv.style.position = 'fixed'; //////
                                lfDiv.style.zIndex = 9999; //////////
                                lfDiv.style.left = 0; ///////////////
                                lfDiv.style.bottom = 0; /////////////
                                lfDiv.style.height = GLOBAL_HEIGHT; //
                                lfDiv.style.width = GLOBAL_WIDTH; ////
                                lfDiv.style.visibility = 'visible'; //
                                lfDiv.style.overflow = 'hidden';
                                //lfDiv.style.overflow = 'hidden'; /////
                                }///////////////////////////////////
            }
```

```
            } catch(e) {
                lf_Position = 'err';
            }
        }
    makeScript()
    if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !== 'na')) {
        lfDiv.innerHTML = lfString;
        document.body.appendChild(lfDiv);
    } else if (lf_Position !== 2) {
        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode == "BackCompat")
            {
                    document.write( '<div id="' + divID +'" style="overflow:hidden; position: absolute;z-index: 999;left: 0px;top: 0px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
            }
            else
            {
                    document.write( '<div id="' + divID +'" style="overflow:hidden; bottom:0px left:0px; z-index: 999; top:0px; height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
            }

    }
        else {

            if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode == "BackCompat")
            {
                    document.write( '<div id="' + divID +'" style="overflow:hidden; position: relative;z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position + 'px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
            }
            else
            {
                    document.write( '<div id="' + divID +'" style="overflow:hidden; bottom:0px z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position + 'px; height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
            }
    }

        switch (arrNavInfo[0]) {
            case 'ie':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
                                window.onresize = moveVid;
                                //window.onscroll = ScrollHnd;
                //window.onresize = ScrollHnd;
                //window.setInterval('ScrollHnd()', 30);
            break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
```

```
                                window.onresize = moveVid;
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();

}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
```

```
            {
                screenY = wnd.pageYOffset;
                screenX = wnd.pageXOffset;
            }
            else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
            {
                screenY = objDoc.body.scrollTop;
                screenX = objDoc.body.scrollLeft;
            }
            else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft ||
    objDoc.documentElement.scrollTop ))
            {
                screenY = objDoc.documentElement.scrollTop;
                screenX = objDoc.documentElement.scrollLeft;
            }
        divLeft = divLeft;
                if (rt_Align == 'true') /*** added 9/22/09 ***/
                        divLeft += screenX;
        divTop = divTop + screenY;
        divLeft = divLeft;
                if (rt_Align == 'true'){   /*** added 9/22/09 : Modified 11/30/09 ***/
                        if (viewState == 1) {
                                divLeft += (screenWd - GLOBAL_WIDTH);
                        }
                        else {
                                divLeft += (screenWd - sm_GLOBAL_WIDTH - 30);
                        }
                }
                if (viewState == 1) {
            divTop = divTop + (screenHt - GLOBAL_HEIGHT);
                }
                else {
            divTop = divTop + (screenHt - GLOBAL_HEIGHT) + (GLOBAL_HEIGHT - sm_GLOBAL_HEIGHT);
                }
        divScroll.left = divLeft + 'px';
            if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
    "BackCompat")
                {
        divScroll.top = divTop + 'px';
                }
    }
    function makeScript()
    {
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000' width='" +
    GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "' align='middle'
    codebase='/web/20131024102545/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
    .cab#version=8,0,24,0' >";
        lfString += "<param name='movie' value='" + lf_URL + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='flashvars'
    value='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&shrink_on_start="
    + shrink_on_start + "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
    "&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" +
    show_loading + "' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL +"' allowScriptAccess='always' quality='high'
    wmode='transparent'
    flashvars='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&w=" +
    sm_GLOBAL_WIDTH + "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start +
```

```
                "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" +
                shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" + show_loading +
                "&awidth='" + GLOBAL_WIDTH + "&aheight='" + GLOBAL_HEIGHT + "' loop='false' width='" +
                GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' name='obj" + lf_ID + "' align='middle'
                type='application/x-shockwave-flash'
                pluginspage='/web/20131024102545/https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}

function yh_hide() {
        ScrollHnd();
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.display = 'none';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.display = 'none';
                }
                else { // IE 4
                        document.all.divID.style.display = 'none';
                }
        }
        ScrollHnd();
}

function yh_grow() {
        ScrollHnd();
        viewState = 1;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = GLOBAL_HEIGHT + 'px';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = GLOBAL_WIDTH + 'px';
                        document.divID.height = GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
                        document.all.divID.style.width = GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = GLOBAL_HEIGHT + 'px';
                }
        }
        ScrollHnd();
}

function yh_shrink() {
        ScrollHnd();
        viewState = 2;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = sm_GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = sm_GLOBAL_HEIGHT + 'px';
                //document.getElementById(divID).style.overflow = 'hidden';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = sm_GLOBAL_WIDTH + 'px';
                        document.divID.height = sm_GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
                        document.all.divID.style.width = sm_GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = sm_GLOBAL_HEIGHT + 'px';
```

```
                }
            }
            ScrollHnd();
    }


    function moveVid() {
            document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position - GLOBAL_WIDTH;
            document.getElementById(divID).offsetTop = lf_OffSet_Top_Position - GLOBAL_HEIGHT;
    }

    }
    }
```