IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LIVE FACE ON WEB, LLC,    )
                              )
        Plaintiff,   )
                              )
   v.                    )         1:17-CV-937
                              )
ABSONUTRIX, LLC, et al.,    )
                              )
        Defendants.  )

## **ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on May 8, 2018, was served on the parties. Docs. 18, 19. The defendants filed objections to the Recommendation. Doc. 21. After *de novo* consideration of the issues raised by the objections and full consideration of the record, the Court adopts the opinion of the Magistrate Judge. The arguments raised in the objection do not undermine the Magistrate Judge's analysis or conclusion.

For the reasons stated by the Magistrate Judge, it is hereby **ORDERED** that Defendants' Motion to Dismiss for Failure to State a Claim, Doc. 11, is **DENIED**.

This the 11th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE